FILED'06 MAR 02 13:05USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHINA NATIONAL CHEMICAL CONSTRUCTION CHONGQING Co., and CHONGQING PESTICIDE CHEMINDUSTRY (GROUP) CORP., <br><br> Petitioners, <br><br> v. <br><br> SEEDLING, WORLDMODAL NETWORK SERVICES, and KIT KUNG, <br><br> Respondents. | No. CV 05-350-ST <br><br> ORDER |

**PANNER, District Judge:**

    Petitioners brought this action seeking an order confirming a foreign arbitral award entered against respondents. Magistrate Judge Janice M. Stewart issued Findings and Recommendation on January 3, 2006, recommending that respondent Kit Kung's Motion to Dismiss (docket #17) be granted on the basis that this court lacks personal jurisdiction.

1 - ORDER

This matter is now before me.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).  When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

Plaintiffs and defendant have filed timely objections.  I have, therefore, given the file of this case de novo review.  I adopt Magistrate Judge Stewart's Findings and Recommendations (# 34) in full.  Respondent Kit Kung's Motion to Dismiss (#17) is granted on the basis that this court lacks personal jurisdiction.  Accordingly, respondent Kit Kung should be dismissed from this action without prejudice.

IT IS SO ORDERED.

DATED this  2  day of March, 2006.

/s/ Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER