IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHINA NATIONAL CHEMICAL CONSTRUCTION CHONGQING CO., et al.,<br><br>Petitioners,<br><br>v.<br><br>SEEDLING, WORLDMODAL NETWORK SERVICES, and KIT KUNG,<br><br>Respondents. | Civ. No. 05-350-ST<br><br><br><br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge Stewart has filed Findings and Recommendation.  The matter is now before this court.  See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v.

1 - ORDER

Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

Here, respondent Kit Kung objects to the Findings and Recommendation. I have, therefore, given this matter de novo review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Stewart.

### CONCLUSION

Magistrate Judge Stewart's Findings and Recommendation (#74) is adopted. Respondent Kit Kung's Motion to Permit Filing of Cross-Appeal *Nunc Pro Tunc* (#71) is denied.

IT IS SO ORDERED.

DATED this 24 day of April, 2007.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER